# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KAREN E. TUCKER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-810-S-BH |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's complaint received on April 7, 2020 [ECF No. 3], is construed as a petition for writ of error *coram nobis* and, by separate judgment, the petition will be **DENIED WITH PREJUDICE**. The petitioner's civil claims under the Tucker Act, the Little Tucker Act, the Contract Disputes Act, the Federal Tort Claims Act, and the Administrative Procedures Act will be **DISMISSED** for lack of subject-matter jurisdiction, and her remaining civil claims will be **DISMISSED WITH PREJUDICE** for failure to state a claim.

The petitioner is again **WARNED** that sanctions may be imposed if she files any further pleadings challenging her 1999 conviction, other than a direct appeal in this action. Sanctions may

include monetary penalties and an order barring her from filing any civil actions in this Court without obtaining prior authorization from a district judge or magistrate judge of this Court.

A certificate of appealability (COA) is not required to appeal the denial or dismissal of a writ of error *coram nobis*. *See United States v. Guerra*, 187 F. App'x 414, 415-16 (5th Cir. 2006). If the petitioner files a notice of appeal, she must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED.**

SIGNED June 16, 2023.

UNITED STATES DISTRICT JUDGE